

```
                                            225 BROADWAY
                                              SUITE 715
                                         NEW YORK, NY 10007
                                          T: 212 323 6922
                                          F: 212 323 6923
```

September 9, 2024

**BY ECF and E-MAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE:     United States v. Jihad Smith
        23 Cr. 510 (PMH)

Dear Judge Halpern:

    I am the attorney for the defendant, Jihad Smith. Sentencing in this matter has been scheduled for September 20, 2024. I write respectfully to submit an additional letter of support sent on behalf of Mr. Smith. The letter was written by Ms. Karina Arango, Mr. Smith's student success coach. According to Ms. Arango, Mr. Smith has participated in a Work Force program that taught computer science and resume writing. The letter is annexed hereto as Exhibit I.

                                                             Very truly yours,

                                                             /s/

                                                           Calvin H. Scholar

CHS/jb

cc:     AUSA Michael Maimin
        AUSA Timothy Ly,
        AUSA David A. Markewitz, *via* ECF